Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VANESSA GARCIA**, on behalf of himself and all others similarly situated, | Case No. 2:17-cv-00032-PA-MRW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **SIGNPOST, INC.**, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 23rd day of January, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 23rd day of January, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 23rd day of January, 2017, via the ECF system to:

Honorable Percy Anderson
United States District Court
Central District of California

And mailed to:

William Trach
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116


This 23rd day of January, 2017.
By: s/Todd M. Friedman
    Todd M. Friedman